UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------
JAMES COREY,

                Petitioner,

  -against-

MICHAEL A. ZENK, *et al.*,

                Respondents.
------------------------------------------------------------X

JUDGMENT
05-CV- 0606 (JG)

------------------------------------------------------------X
JOSEPH SOUTHERLAND,

                Petitioner,

  -against-                                        05-CV- 0902 (JG)

MICHAEL A. ZENK, *et al.*,

                Respondents.
------------------------------------------------------------X

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 26, 2005, denying the petitions for a writ of habeas corpus; it is

ORDERED and ADJUDGED that petitioners take nothing of the respondents; and that the petitions for a writ of habeas corpus are denied.

Dated: Brooklyn, New York
        September 28, 2005

                                                        ROBERT C. HEINEMANN
                                                        Clerk of Court